

Exhibit 1

The information on this page is NOT an official record. Do not rely on the correctness or completeness of this information. Verify all information with the official record keeper. The information contained in this report is provided in compliance with the Oklahoma Open Records Act, 51 O.S. 24A.1. Use of this information is governed by this act, as well as other applicable state and federal laws.

## IN THE DISTRICT COURT IN AND FOR <u>POTTAWATOMIE COUNTY</u>, OKLAHOMA

| | |
|---|---|
| COLLINS, KARLIE ANN VS. THE OKLAHOMA BAPTIST UNIVERSITY | No. CJ-2024-00033<br>(Civil relief more than $10,000: MONEY JUDGMENT ($10,000.00 AND OVER))<br><br>Filed: 01/25/2024<br><br><br>Judge: CANAVAN, JOHN G. JR. |

## PARTIES

COLLINS, KARLIE ANN, Plaintiff
THE OKLAHOMA BAPTIST UNIVERSITY, Defendant

## ATTORNEYS

**Attorney**　　　　　　　　　　　　　　　　　　　　　　　**Represented Parties**

WILKES, JESSICA A.
10205 N. PENNSYLVANIA
OKLAHOMA CITY, OK 73120

FEDERMAN, WILLIAM B.,P.C. P.C.
10205 N. PENNSYLVANIA
OKLAHOMA CITY, OK 73120

MATLOCK, MELINDA S.
P.O. BOX 21100
TULSA, OK 74121

TUCKER, COLIN H.
P.O. BOX 21100
TULSA, OK 74121

JACKSON, AUSTIN T.
P.O. BOX 21100
TULSA, OK 74121

# EVENTS

| Event | Party | Docket | Reporter |
|---|---|---|---|
| Thursday, March 21, 2024 at 09:00:00.000 CST MOTION TO DISMISS | | | |

# ISSUES

1. MONEY JUDGMENT ($10,000.00 AND OVER)

# DOCKET

| Date | Code | Description | | |
|---|---|---|---|---|
| 01/25/2024 | [ TEXT ] | | #1 | $ 163.00 |
| | | FILE PETITION (OVER $10,000.) Document Available (#1055024080) 🗎TIFF  📄PDF | | |
| | | (Entry with fee only) | #1 | $ 6.00 |
| | | (Entry with fee only) | #1 | $ 7.00 |
| | | OKLAHOMA COURT INFORMATION SYSTEM FEE - EFFECTIVE 07/01/04 | #1 | $ 25.00 |
| | | LENGTHY TRIAL FUND | #1 | $ 10.00 |
| | | OK COURT APPOINTED SPECIAL ADVOCATES | #1 | $ 5.00 |
| | | 10% OF CASA TO COURT CLERK REVOLVING FUND | #1 | $ 0.50 |
| | | OK COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND | #1 | $ 1.55 |
| | | 10% OF COJC TO COURT CLERK REVOLVING FUND | #1 | $ 0.16 |
| | | STATE JUDICIAL REV. FUND INTERPRETER & TRANSLATOR SERVICES | #1 | $ 0.45 |
| | | COURTHOUSE SECURITY FEE | #1 | $ 10.00 |
| | | 10% OF CHSC TO COURT CLERK REVOLVING FUND | #1 | $ 1.00 |
| | | 15% TO DISTRICT COURT REVOLVING FUND | #1 | $ 2.48 |
| | | COURT CLERK PRESERVATION FUND | #1 | $ 10.00 |
| 01/25/2024 | [ TEXT ] | | | $ 10.00 |
| | | ISSUE SUMMONS | | |
| 01/25/2024 | [ TEXT ] | | | |
| | | FILE ENTRY OF APPEARANCE- JESSICA A. WILKES Document Available (#1055024094) 🗎TIFF  📄PDF | | |
| 01/25/2024 | [ TEXT ] | | | |
| | | FILE ENTRY OF APPEARANCE-WILLIAM B. FEDERMAN Document Available (#1055024092) 🗎TIFF  📄PDF | | |
| 02/15/2024 | [ TEXT ] | | | |
| | | FILE AFFIDAVIT OF SERVICE Document Available (#1060535561) 🗎TIFF  📄PDF | | |

**02/26/2024**  [ TEXT ]

    FILE SPECIAL ENTRY OF APPEARANCE- AUSTIN T. JACKSON

    Document Available (#1062525346) TIFF   PDF

---

**02/26/2024**  [ TEXT ]

    FILE SPECIAL ENTRY OF APPEARANCE- COLIN H. TUCKER

    Document Available (#1062525277) TIFF   PDF

---

**02/26/2024**  [ TEXT ]

    FILE SPECIAL ENTRY OF APPEARANCE- MELINDA S. MATLOCK

    Document Available (#1062525276) TIFF   PDF

---

**02/26/2024**  [ TEXT ]

    FILE MOTION TO DISMISS AND BRIEF IN SUPPORT OF DEFENDANT THE OKLAHOMA BAPTIST UNIVERSITY

    Document Available (#1062526203) TIFF   PDF