Exhibit 10

## Declaration of Rebekah Phillips

I, Rebekah Phillips, hereby declare as follows:

1. I received a letter from The Oklahoma Baptist University dated August 31, 2023, notifying me about a cybersecurity incident that may have resulted in an unauthorized user accessing my personally identifying information.

2. I am not a resident of the State of Oklahoma.

3. I am a resident and citizen of the State of Texas, residing in Harris County.

4. I declare under penalty of perjury, that the foregoing is true and correct.

Executed on this 5 day of March, 2024.

*Rebekah Phillips*