## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KARLIE ANN COLLINS, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>THE OKLAHOMA BAPTIST UNIVERSITY,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Case No. CIV-24-234-G<br>)<br>)<br>)<br>)<br>)<br>) |

### ORDER

Now before the Court is Plaintiff Karlie Ann Collins' Notice (Doc. No. 18), representing that the parties have completed jurisdictional discovery and that Plaintiff does not seek to challenge the Court's subject-matter jurisdiction in this case.

IT IS THEREFORE ORDERED that the previously ordered stay (*see* Doc. No. 15) of the Motion to Dismiss (Doc. No. 1-9) filed by Defendant The Oklahoma Baptist University is hereby LIFTED AND VACATED. The Court shall dispose of the Motion to Dismiss in due course.

IT IS SO ORDERED this 10th day of October, 2025.

CHARLES B. GOODWIN
United States District Judge